Mark and Kimberly Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

**FILED**

MAY 1 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AND KIMBERLY AUSSIEKER<br><br>Plaintiff,<br><br>v.<br><br>COLE RUUD-JOHNSON AND CV VENTURES, LLC Defendant. | Case 2:19-cv-00596-JAM-EFB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: We are the Plaintiffs in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), We voluntarily dismiss:

⊗ THE ENTIRE CASE

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: 5-7-19

*/s/ Mark Aussieker*
MARK AUSSIEKER

*/s/ Kimberly Aussieker*
KIMERLY AUSSIEKER

1